UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CAM TU NGOC TRINH, | ) | Case No. 24-80334 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

**NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S MOTION
TO DENY THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C.§ 727(a)(8)**

PLEASE TAKE NOTICE that on March 27, 2024, at 11:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom 3100 of the U.S. Bankruptcy Court for the Northern District of Illinois, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101, **or** electronically as described below, and present the United States Trustee's Motion to Deny the Debtor's Discharge Pursuant to 11 U.S.C. § 727(a)(8), a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 160 291 5226 and the passcode is 852255.   The meeting ID and passcode can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated:  March 20, 2024                                  Respectfully submitted,

                                                        PATRICK S. LAYNG
Office of the U.S. Trustee                              United States Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715              By:     */s/ Jennifer K. Niemeier*
(608) 264-5522, extension 5646                 JENNIFER K. NIEMEIER
Jennifer.Niemeier@usdoj.gov                    Attorney for the United States Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CAM TU NGOC TRINH, | ) | Case No. 24-80334 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

**UNITED STATES TRUSTEE'S MOTION TO**
**DENY THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(8)**

The United States Trustee for the Northern District of Illinois, Western Division, Patrick S. Layng, moves this Court to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(8). In support of this motion, the United States Trustee states the following:

1. The debtor in this case, Cam Tu Ngoc Trinh ("the Debtor"), filed a voluntary chapter 7 petition in the Northern District of Illinois, Western Division on June 7, 2018. That case was assigned case number 18-81230. The Court granted the Debtor a discharge in that case on October 2, 2018.

2. The Debtor initiated this case by filing a voluntary petition under chapter 7 of the Bankruptcy Code on March 14, 2024.

3. Section 727(a)(8) of the Bankruptcy Code, 11 U.S.C. § 727(a)(8), states that the Court shall grant a debtor a discharge unless "the debtor has been granted a discharge under [section 727], under section 1141 of this title, or under section 14, 371, or 476 of the Bankruptcy Act, in a case commenced within eight years before the date of the filing of the petition."

4. The Debtor received a discharge in case no. 18-81230, which was commenced on June 7, 2018, and she filed this case on March 14, 2024, less than eight years thereafter. Because the Debtor received a discharge in a case commenced within eight years of the date she filed her petition in this case, she is not entitled to a discharge.

1

For the reasons stated above, the United States Trustee respectfully requests that the Court enter an order denying the Debtor's discharge in this case and for any further relief deemed appropriate.

Dated:  March 20, 2024                                    Respectfully submitted,

                                                          PATRICK S. LAYNG
                                                          United States Trustee


                                            By:    */s/ Jennifer K. Niemeier*
                                                          JENNIFER K. NIEMEIER
                                                          Attorney for United States Trustee


Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715
608-264-5522
Jennifer.Niemeier@usdoj.gov


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached Notice and Motion to Deny Discharge have been served via electronic mail from the clerk's office on:  Trustee Brian Hart and by First Class Mail on March 20, 2024, to:

Cam Tu Ngoc Trinh
5309 Cobblers Crossing
McHenry, IL 60050



                                                      */s/ Maureen F. Gaber*
                                                      Maureen F. Gaber
                                                      Paralegal Specialist

2