UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  24-80334 |
| CAM TU NGOC TRINH, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING DISCHARGE

This case having come before the Court on the U.S. Trustee's Motion to Deny Cam Tu Ngoc Trinh's Discharge pursuant to 11 U.S.C. § 727(a)(8), due notice having been given to all interested parties and the Court having been fully advised of the bases for the Motion,

For the reasons set forth in the record and those stated in open court, the court finds:

1. Cam Tu Ngoc Trinh, received a discharge in case no. 18-81230, which was filed on June 7, 2018.

2. Cam Tu Ngoc Trinh filed her current case on March 14, 2024, less than eight years after the previous case was filed, and is therefore not eligible for a discharge in her current case.

Therefore, good cause having been shown, IT IS ORDERED that:

1. The U.S. Trustee's motion is granted.

2. Cam Tu Ngoc Trinh's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(8).

3. The Clerk of Court is directed to send notice to creditors and other interested parties of the denial of Cam Tu Ngoc Trinh's discharge.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: March 27, 2024

**Prepared by:**

Jennifer K. Niemeier
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522