UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| In Re: | ) | BK No.: 24-80334 |
|---|---|---|
| Cam Tu Ngoc Trinh | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| Debtor(s) | ) | |

## ORDER OF DISMISSAL

This matter having come before the Court on a motion to dismiss for failure to pay filing fees,

IT IS HEREBY ORDERED that this case is dismissed for failure to pay filing fees.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: September 25, 2024